**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **GOODRICH OPERATING CO., INC., ET AL.** | : | **DOCKET NO. 06-0762** |
| **VS.** | : | **JUDGE MINALDI** |
| **BURNETT & CO., INC, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

**ORDER**

Due to the possibility that this case will be dismissed,[1] the FRCP 16(b) scheduling conference currently set for July 20, 2006, is hereby continued until August 24, 2006, at 9:15 a.m., via telephone. Plaintiffs shall initiate the conference call.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on July 19, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

---

[1] *See*, July 13, 2006, Report and Recommendation.