RECEIVED
IN LAKE CHARLES, LA

AUG 22 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GOODRICH OPERATING CO., INC., ET AL. | : | DOCKET NO. 06-0762 |
| VS. | : | JUDGE MINALDI |
| BURNETT & CO., INC, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

On July 13, 2006, the undersigned recommended that this matter be dismissed for lack of subject matter jurisdiction. (*See*, July 13, 2006, Report and Recommendation). No objections have been filed.

Accordingly, for the reasons expressed in the report and recommendation,

IT IS ORDERED that the above-captioned matter be, and it is hereby DISMISSED, without prejudice.[1]

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on August 22, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

---

[1] With the implied consent of the parties, the case has been referred to the undersigned for all further proceedings and entry of judgment. (*See*, July 19, 2006, Order of Reference).